UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PERFECTO HUITZIL et al.,

                        Plaintiffs,

    -against-

ROGELIO HUTIZIL, et al.,

                        Defendants.

20cv02940 (PAE) (DF)

**SCHEDULING ORDER**

---

**DEBRA FREEMAN, United States Magistrate Judge:**

       The Court having held a telephone conference on January 14, 2021, with counsel for all parties, it is hereby ORDERED, as stated at the conference, that:

       1.      In light of the parties' representation that they will seek to resolve the claims in this action through private mediation, and their joint request that discovery in this action be stayed pending the outcome of that mediation, all discovery herein shall be stayed for a period of 60 days, with the exception of certain narrow discovery that, as discussed at the January 14 conference, should proceed in aid of settlement.

       2.      Defendants' obligation to move, answer, or otherwise respond to the Amended Complaint is also stayed, pending further Order of the Court.

       3.      The parties are directed to notify this Court when a date for mediation has been scheduled. In addition, at the conclusion of the mediation, the parties are directed to apprise this Court of its outcome. If the parties have been unable to reach a settlement through mediation,

2

then, at its conclusion, they should also submit to the Court a joint scheduling proposal for Defendants' response to the Amended Complaint and for discovery.

Dated: New York, New York
      January 14, 2021

SO ORDERED

_____
DEBRA FREEMAN
United States Magistrate Judge

<u>Copies to</u>:

All counsel (via ECF)