UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PERFECTO HUITZIL, ROGELIO HUITZIL, FRANCISCO DIAZ, FRANCISCO DIAZ III, OBISPO MONTERO, JESUS ROJAS AND SIXTO REYNOSO, *on behalf of themselves and all others similarly situated*,

       Plaintiffs,

-v-

HAYCO CORP. et al.,

       Defendants.

20 Civ. 2940 (PAE) (DCF)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

  The Court has been advised by Magistrate Judge Freeman that the parties intend to mediate their dispute. The Court accordingly denies the pending motion to dismiss, Dkt. 15, without prejudice. If mediation proves unsuccessful, defendants are at liberty to renew the motion.

SO ORDERED.

                  PAUL A. ENGELMAYER
                  United States District Judge

Dated: January 14, 2021
    New York, New York