Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PERFECTO HUITZIL, ROGELIO HUITZIL, FRANCISCO DIAZ, JESUS ROJAS, and SIXTO REYNOSO, *on behalf of themselves and all other similarly situated,*

Plaintiffs,

-against-

HAYCO CORP., ALEX HAY, and FRED HAY,

Defendants.
------------------------------------------------------------X

Case 20-cv-02940(PAE)(DCF)

**JUDGMENT PURSUANT TO RULE 68**

**IT IS HEREBY ORDERED, ADJUDICATED AND DECREED THAT:**

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, and the acceptance, on September 3, 2021, by Plaintiffs Perfecto Huitzil, Rogelio Huitzil, Francisco Diaz, Jesus Rojas and Sixto Reynoso ("Plaintiffs") of the Offer of Judgment of Defendants Hayco Corp., Alex Hay and Fred Hay, by executing and filing the Offer of Judgment with the Court, Plaintiffs Perfecto Huitzil, Rogelio Huitzil, Francisco Diaz, Jesus Rojas and Sixto Reynoso will take Judgment against Hayco Corp. in the total amount of ONE HUNDRED AND FIFTEEN THOUSAND DOLLARS ($115,000), according to the terms of the Offer of Judgment, appended as Exhibit B to this Judgement, with are fully and completely incorporated herein.

Dated: New York, New York
     October   7  , 2021

*Paul A. Engelmayer*
Paul A. Engelmayer, U.S.D.J.